William Morley, Respondent, v. August J. Lemkau, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

In the Matter of the Application of the Grade Crossing Commissioners of the City of Buffalo, in the Matter of the Change of Grade of East Genesee Street. (In the Matter of Lands Owned by Christian Flierl and Others.)— Appeal taken by Christian Flierl dismissed, without costs, upon stipulation filed.

In the Matter of the Application of John F. Mumford for the Removal from Office of John Fields as Supervisor of the Town of Fairfield, Herkimer County, New York.— Issues raised by the petition and answer referred to Hon. Pardon C. Williams of Watertown, to take the proofs thereon and return the same to this court together with his opinion thereon.

---

## SECOND DEPARTMENT, SEPTEMBER, 1913.

RICHARD POWERS PHELAN, Respondent, v. THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellant.

Appeal by the defendant from a judgment of the Supreme Court in favor of the plaintiff, entered in the office of the clerk of the county of Westchester on the 21st day of December, 1912, and also from an order entered in said clerk's office on the 6th day of January, 1913, denying a motion for a new trial.

PER CURIAM: While we look upon this case as a close one, both upon the law and the facts, we think that the question of the defendant's negligence cannot be disposed of as one of law. Nor do we think that, considering the sharp conflict of evidence, and the serious questions of credibility which arose upon the trial, we should be justified in setting aside the verdict of the jury as against the weight of evidence. The judgment and order should be affirmed, with costs. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ. Judgment and order unanimously affirmed, with costs.

---

Bond and Mortgage Guarantee Company, Respondent, v. Antonio Cappadona and Cicilia Cappadona, His Wife, Appellants, and Others, Defendants.— Judgment of the County Court of Kings county affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas and Stapleton, JJ., concurred; Carr, J., not voting.

John Derbyshire, Respondent, v. Keystone Varnish Company, Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ.

William Kendrick, Respondent, v. Joseph Sigretto & Company, Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ.

Anna Popielasz, by Michael Popielasz, Her Guardian ad Litem, Respondent, v. Chelsea Fibre Mills, Appellant.— Judgment and order reversed